# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-03084-CV-S-DGK |
| | ) | |
| DUSTYN PARKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Plaintiff's Motion to Strike Defendants' Expert Designations (Doc. 26). Defendants having failed to comply with both Rule 26(a)(2) and the Court's Scheduling and Trial Order, and also having failed to file any response to the motion to strike and the Court's August 27 order warning that the Court would rule on the motion without further notice to Defendants, it is hereby

ORDERED that the motion is granted. Defendants' designation of John Savage as an expert witness is stricken.

      /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Date: September 8, 2010